IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JACK SAMUELS,** | 2:05-cv-2337 GEB JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

On March 28, 2006, defendants sought an extension of time to file a response to the complaint. Good cause appearing, defendants' request is granted. Defendants are granted until April 17, 2006 to file and serve a response to the complaint.

Dated: April 7, 2006.

UNITED STATES MAGISTRATE JUDGE

/samu2337.ext

[Proposed] Order

1