IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JACK SAMUELS,** | No. 2:05-cv-2337 GEB JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

On October 11, 2006, defendants sought an extension of time of ten court days, to and including October 25, 2006, in which to file a motion for summary judgment. Good cause appearing, defendants' request is granted.

Dated: October 23, 2006.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

/samu2337.ext2

[Proposed] Order

1