IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JACK SAMUELS,** | 2:05-cv-2337 GEB JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

On October 25, 2006, defendants sought an extension of time of one court day, to and including October 26, 2006, in which to file a motion for summary judgment. Good cause appearing, defendants' request is granted. Defendants' October 26, 2006 motion for summary judgment is deemed timely filed. Said motion shall be briefed in accordance with the provisions of Local Rule 78-230(m) and this court's order filed January 12, 2006.

Dated: October 27, 2006.

UNITED STATES MAGISTRATE JUDGE

/samu2337.ext3

Order

1