IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK SAMUELS,

      Plaintiff,   No. CIV S-05-2337 GEB JFM P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, ET AL.,

      Defendants.   ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In view of the pendency of defendants' October 26, 2006 motion for summary judgment, and good cause appearing, IT IS HEREBY ORDERED that:

      1. The parties are relieved of the obligation to file pretrial statements until further order of court;

      2. The pretrial conference on the papers set for February 2, 2007 before the undersigned is vacated;

      3. The jury trial set for April 24, 2007 before the Honorable Garland E. Burrell, Jr. is vacated; and

/////

        4.  Said dates will be reset, as appropriate, following resolution of defendants' motion for summary judgment.

DATED: February 5, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

001;
samu2337.vacdts